# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Song Yu,<br><br>             Plaintiff,<br><br>v.<br><br>Xiao Zhang, et al.,<br><br>             Defendants. | No. CV-17-03294-PHX-DLR<br><br>**AMENDED ORDER**[1] |

    Before the Court is Plaintiff's ex parte application for temporary restraining order (TRO) and order to show cause why a preliminary injunction should not be issued. (Doc. 2.) The Court has reviewed Plaintiff's complaint (Doc. 1), motion for TRO and preliminary injunction (Doc. 2), supplemental memorandum in support of ex parte application for TRO (Doc. 14), and arguments made by Plaintiff's counsel during the September 25, 2017 telephonic conference. For good cause shown,

    **IT IS ORDERED** that, pursuant to Fed. R. Civ. P. 65(b), Plaintiff's ex parte application for a TRO is **GRANTED**. Pending the hearing and determination on Plaintiff's request for a preliminary injunction, Defendants; their officers, directors, employees, agents, subsidiaries, distributors and all persons in active concert or participation having notice of this Order; and those with actual notice of this Order,

---

[1] This Order amends the Temporary Restraining Order issued on September 28, 2017 (Doc. 17) to direct a change in the registrar of record for the Domain Names at issue.

including any domain name registrars, domain name registries or their administrators, are ordered to take the following steps to preserve the *status quo ante* and prevent further irreparable injury to plaintiff and its customers:

1. Defendants, GoDaddy.com, LLC (GoDaddy), 1API GmbH (1API.net), Chengdu West Dimension Digital Technology Co., Ltd (West.cn), West263 International Limited (West263), and 22net, Inc. (22.cn), as the registrar(s) of record for the domain names listed on Exhibit A to the Complaint (the Domain Names), or whomever is the registrar of record of the Domain Names at the time this Order is entered, are directed to immediately and no later than **12 hours after service** on (i) GoDaddy, via email at courtdisputes@godaddy.com, (ii) 1API.net, via email at abuse@1api.net, (iii) West.cn, via email at abuse@hkdns.hk and westabuse@gmail.com, (iv) West263, via email at abuse@hkdns.hk, and (v) 22.cn, via email at abuse@22.cn; of a copy of this Order, the complaint and all moving papers:

  a. record, change, transfer or assist in changing the registration of record for the Domain Names in Plaintiff's name and into an account with GoDaddy, under Plaintiff's sole control, or a domain name registrar of Plaintiff's choosing;

  b. change, transfer, point or assist in pointing the DNS servers for the Domain Names to a server or servers of Plaintiff's choosing;

  c. change, transfer, point or assist in pointing the MX or email servers for the Domain Names to a MX server or servers of Plaintiff's choosing; and

  d. place a legal lock on the Domain Names after said transfer(s) take place.

2. Defendants and Microsoft, as the provider of Hotmail™ email services for the email addresses of bbbox123@hotmail.com and debug119@hotmail.com are directed to immediately and no later than **12 hours after service** on Microsoft, via email, of a copy of this Order, the complaint and all moving papers, record, change, transfer or assist in changing the registration of record for the email addresses to Plaintiff.

**IT IS FURTHER ORDERED** that domain name registries for the Domain Names, including, but not limited to, VeriSign, Inc., shall, within **five (5) business days**

of receipt of this Order, change the registrar of record for the Domain Names to a registrar of Plaintiff's selection.

**IT IS FURTHER ORDERED** that Plaintiff shall have full access to all functionality of the Domain Names and that Defendants may not impede Plaintiff's access in any manner.

**IT IS FURTHER ORDERED** that, pending resolution of this lawsuit or further order of this Court, Plaintiff, after receiving the Domain Names from Defendants, shall not transfer or dispose of said Domain Names, but shall retain them in order to restore same to Defendants if this Court shall ultimately determine that Defendants are the lawful owners of said Domain Names.

**IT IS FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 65(c), by no later than **October 2, 2017**, Plaintiffs shall deposit a bond in the amount of $100 with the Court.

**IT IS FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 4(f)(3), and for good cause shown, counsel for Plaintiff shall serve a copy of this Order, the complaint, and all papers filed in support of this Order on Defendant Zhang by email at 99revip99@gmail.com, zuikuzaila@126.com, service@22.cn, and dddwenben@hotmail.com; Defendant Li by email at llsclz@qq.com; and Defendant Han by email at 2905670802@qq.com, on or before **September 29, 2017**.

**IT IS FURTHER ORDERED** that Plaintiff shall provide notice of this Order by serving a copy of this Order, the complaint, and all papers filed in support of this Order on nonparty GoDaddy via email at courtdisputes@godaddy.com on or before **September 29, 2017**.

**IT IS FURTHER ORDERED** that Defendants Xiao Zhang, Lin Li, Tao Han and Does 1 through 10, shall have until **October 6, 2017** to respond to Plaintiff's motion for preliminary injunction.  Plaintiff may file an optional reply brief by no later than **October 11, 2017**.

**IT IS FURTHER ORDERED** the parties shall appear before Judge Douglas L.

Rayes on **October 18, 2017 at 3:00 PM** in Courtroom 506, 401 W. Washington Street, Phoenix, Arizona 85003 for a hearing on Plaintiffs' Motion for Preliminary Injunction. The Parties shall notify the Court by no later than **October 13, 2017**, whether the hearing will include the presentation of evidence or be limited to oral argument.

Dated this 6th day of October, 2017.

Douglas L. Rayes
United States District Judge