# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| SONG YU,<br><br>       Plaintiff,<br><br>   vs.<br><br>XIAO ZHANG, an individual; LIN LI, an individual; TAO HAN, an individual; and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No.: 17-CV-3294 (DLR)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, counsel for the plaintiff SONG YU, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendants XIAO ZHANG, an individual; LIN LI, an individual; TAO HAN, an individual; and DOES 1 through 10, inclusive.

Dated:    Brooklyn, New York
          November 20, 2017

                    Respectfully submitted,
                    Lewis & Lin, LLC
                    By: _/s/ David D. Lin_____

                    David D. Lin (Admitted *Pro Hac Vice*)
                    LEWIS & LIN, LLC
                    45 Main Street, Suite 608
                    Brooklyn, NY 11201
                    Tel: (718) 243-9323
                    Email: David@iLawco.com
                    *Attorneys for Plaintiff*