# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Song Yu, | No. CV-17-03294-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Xiao Zhang, et al., | |
| Defendants. | |

The Court has reviewed Plaintiff's Notice of Voluntary Dismissal. (Doc. 30.) For good cause shown,

**IT IS ORDERED** dismissing this case, without prejudice, against Defendants Xiao Zhang, an individual; Lin Li, an individual; Tao Han, an individual; and Does 1 through 10, inclusive.

Dated this 21st day of November, 2017.

Douglas L. Rayes
United States District Judge